UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SUMPTER LOVELLE PORTER, | Case No. CV 18-0107 CJC (SS) |
|---|---|
| Plaintiff, | **ORDER ACCEPTING FINDINGS,** |
| v. | **CONCLUSIONS AND RECOMMENDATIONS** |
| LANCASTER STATE PRISON, et al., | **OF UNITED STATES MAGISTRATE** |
| Defendants. | **JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record and on counsel for Defendants.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 17, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE