JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUMPTER LOVELLE PORTER, <br><br> Plaintiff, <br><br> v. <br><br> LANCASTER STATE PRISON, et al., <br><br> Defendants. | Case No. CV 18-0107 CJC (SS) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 17, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE